**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 13-cr-00119-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANCISCO VALENCIA-CAMPOS,

    Defendant.

## ORDER

    Pursuant to and in accordance with the sentencing hearing held before the Honorable Robert E. Blackburn, United States District Judge, on June 13, 2013,

    **IT IS ORDERED** that Defendant Francisco Valencia-Campos is sentenced to **time served**.

    Dated: June 13, 2013

                                  BY THE COURT:

                                  s/ Robert E. Blackburn
                                  ROBERT E. BLACKBURN,
                                  UNITED STATES DISTRICT JUDGE